IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Criminal Action No. 07- 79-1-2-UNA |
| ) | |
| ROBERT W. DAVIS, and ) | REDACTED |
| DAVID SOUTHERN ) | |
| ) | |
| Defendant. ) | |



**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**COUNT I**

**The Conspiracy and its Objects**

1. From on or about May 14, 2007, until on or about May 17, 2007, in the State and District of Delaware and elsewhere, ROBERT W. DAVIS and DAVID SOUTHERN, defendants herein, knowingly and willfully conspired and agreed together and with each other to commit an offense against the United States, to wit, the acquisition of a firearm, a Kahr .45 caliber pistol, Model P45, Serial No. SA2497, from Targetmaster, a licensed firearms dealer, by making a false or fictitious misrepresentation, with the intent to deceive Targetmaster with respect to the lawfulness of the acquisition of such firearm, to wit that the defendants represented that SOUTHERN was acquiring the firearm for his own use, when in fact the defendants knew that SOUTHERN was purchasing the firearm on behalf of another individual, in violation of 18 U.S.C. §§ 922(a)(6) & 924(a)(2), and in furtherance thereof did commit an act to effect the object of the conspiracy.

**Manner and Means**

2. It was part of the conspiracy that the defendants agreed to engage in a straw purchase of a firearm for a third party.

3. It was further part of the conspiracy that SOUTHERN would knowingly misrepresent on an ATF Form 4473 Firearms Transaction Record that he was the actual purchaser of the firearm, when he in fact knew that he was purchasing the firearm for a third party.

4. It was further part of the conspiracy that DAVIS agreed to compensate SOUTHERN in exchange for making the false statement and for obtaining the firearm on behalf of the third party.

## Overt Acts

5. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Delaware and elsewhere:

   a. On or about May 14, 2007, DAVIS contacted SOUTHERN to arrange for SOUTHERN to purchase a firearm on DAVIS's behalf for a third party.

   b. On or about May 16, 2007, DAVIS and SOUTHERN spoke again and scheduled the gun purchase for the following day.

   c. On or about May 17, 2007, DAVIS drove from Wilmington, Delaware, to the Targetmaster gun store in Chadds Ford, Pennsylvania.

   d. On or about May 17, 2007, DAVIS provided SOUTHERN with $700 in United States currency to purchase a Kahr .45 caliber pistol, Model P45, Serial No. SA2497.

   e. On or about May 17, 2007, SOUTHERN purchased the Kahr .45 caliber pistol, Model P45, Serial No. SA2497.

   f. On or about May 17, 2007, in connection with his purchase of the firearm, SOUTHERN falsely filled out an ATF Form 4473 Firearms Transaction Record by falsely stating that he was the actual buyer of the firearm.

   g. On or about May 17, 2007, DAVIS and SOUTHERN drove from Chadds Ford, Pennsylvania to Wilmington, Delaware, with the firearm.

All in violation of 18 U.S.C. § 371.

### COUNT II

On or about May 17, 2007, in the District of Delaware and the Eastern District of Pennsylvania, DAVID SOUTHERN and ROBERT W. DAVIS, defendants herein, in connection with the acquisition of a firearm, to wit, a Kahr .45 caliber pistol, Model P45, Serial No. SA2497, from Targetmaster, a licensed firearms dealer, knowingly made a false and fictitious written statement to Targetmaster, which statement was likely to deceive Targetmaster as to a fact material to the lawfulness of such sale of the said firearm, in that the defendants represented that SOUTHERN was acquiring the firearm for his own use, when in fact the defendants knew that SOUTHERN was purchasing the firearm on behalf of another individual, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Title 18 United States Code, Section 2.

### NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, defendants Robert W. Davis and David Southern, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense, including but not limited to a Kahr .45 caliber pistol, Model P45, Serial No. SA2497.

If the above-described forfeitable property, as a result of any act or omission of the defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney


By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: June 5, 2007