AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
DAVID SOUTHERN

GARNET VALLEY, PA 19061

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   CR 07-79-2-JJF

**REDACTED**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, United States Magistrate Judge | JUNE 28, 2007 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)

[X] Indictment   [x] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of Title   **18**   United States Code, Section(s)   **371**

Brief description of offense:

CONSPIRACY TO MAKE A STRAW PURCHASE - ( COUNT I );
MAKING A FALSE STATEMENT IN CONNECTION WITH A FIREARMS PURCHASE - ( COUNT II )

*[Filed stamp: 2007 JUN 29 AM 8:42 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

JUNE 14, 2007 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

*Return Unexecuted
6-28-07
Dy did not pick up*