UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. CR 07-79-2 (JJF) ) |
| David Southern | ) ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *July 12, 2007* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *September 7, 2007*. The time between the date of this order and *September 7, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney