IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-079-2 JJF |
| | : | |
| DAVID SOUTHERN, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Counts One and Two of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, January 30, 2007, at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 7, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED

NOV 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE